surers, National Association of Independent Insurers, and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 00–1894.   MARTIN *v.* DEPARTMENT OF EDUCATION ET AL. C. A. D. C. Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 00–10250.   KINCAID *v.* COUNTY OF SACRAMENTO ET AL. Ct. App. Cal., 3d App. Dist.   Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 00–10618.   BEAZLEY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.   JUSTICE SCALIA, JUSTICE SOUTER, and JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 01–8.   ARKANSAS PRESBYTERY OF THE CUMBERLAND PRESBYTERIAN CHURCH *v.* HUDSON ET AL.   Sup. Ct. Ark.   Motion of Catherine Urich et al. for leave to file a brief as *amici curiae* denied.   Certiorari denied.

No. 01–29.   AMWAY CORP. ET AL. *v.* PROCTER & GAMBLE CO. ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–91.   DOVE *v.* UNITED STATES.   C. A. 4th Cir.   Motion of petitioner for leave to file a portion of the appendix under seal granted.   Certiorari denied.

No. 01–5109.   WEBB *v.* VIRGINIA.   Sup. Ct. Va.   Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 00–1375.   CONSUL GENERAL FOR THE REPUBLIC OF POLAND IN CHICAGO ET AL. *v.* ILLINOIS ET AL., 533 U. S. 911;
No. 00–1622.   EMERY *v.* CITY OF TOLEDO, 533 U. S. 916;
No. 00–1670.   CAMOSCIO *v.* DEMINICO, 533 U. S. 951;

No. 00–8013. JONES *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 532 U. S. 930;

No. 00–8360. KNIGHT *v.* UNITED STATES, 533 U. S. 952;

No. 00–8900. NICHOLS *v.* UNITED STATES, 532 U. S. 985;

No. 00–9453. DUNLAP *v.* STRAUB, WARDEN, 532 U. S. 1056;

No. 00–9676. JEFFERSON *v.* SMALLS, 533 U. S. 935;

No. 00–9791. MYHAND *v.* FLORIDA, 533 U. S. 936;

No. 00–9814. CHUN-HSUAN SU *v.* POLYTECHNIC UNIVERSITY, 533 U. S. 921;

No. 00–9998. LUCAS *v.* WELBORN, WARDEN, 533 U. S. 937; and

No. 00–10089. LABLANCHE *v.* UNIVERSITY OF IOWA ET AL., 533 U. S. 958. Petitions for rehearing denied.

### OCTOBER 2, 2001

No. 01A298. ROBERTS *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. Application for certificate of appealability and for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

### OCTOBER 3, 2001

No. 01–6476 (01A284). WARD *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Pitt County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

### OCTOBER 9, 2001

No. 01–281. AT&T CORP. *v.* AMERICA ONLINE, INC.; and

No. 01–448. AMERICA ONLINE, INC. *v.* AT&T CORP. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.1. Reported below: 243 F. 3d 812.

No. 01–75. GENTALA ET VIR *v.* CITY OF TUCSON. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Good News Club* v. *Milford*